Celia McGuinness (SBN 159420)
Deborah Gettleman (SBN 267309)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmcguinness@mcguinness-legal.com
          dgettleman@mcguinness-legal.com

Attorneys for Plaintiff
Nicolas Parent

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS PARENT,<br><br>               Plaintiff,<br><br>    vs.<br><br>EAH INC. DBA EAH, ECUMENICAL ASSOCIATION FOR HOUSING AND EAH HOUSING,<br><br><br>              Defendants. | Case No.: 3:25-cv-04126-CRB<br><br><u>Civil Rights</u><br><br>**NOTICE OF SETTLEMENT AND REQEUST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 13, 2025 |

Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case (ECF No. 31). The Parties have agreed that signatures on the settlement agreement are due by December 16, 2025.

Therefore, Plaintiff requests to continue the Case Management Conference currently scheduled for December 12, 2025 to January 9, 2026 or at the Court's earliest convenience thereafter. If the case is fully resolved before then, Plaintiff will file a dismissal with the Court and request to vacate all subsequent dates.

///

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

Dated: December 1, 2025                         McGuinness Law Group


                                                   _/s/ Deborah Gettleman_____
                                        By:    Deborah Gettleman, Esq.
                                               Attorneys for Plaintiff.

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE