Celia McGuinness (SBN 159420)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmguinness@mcguinness-legal.com

Attorney for Plaintiff
Nicolas Parent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS PARENT,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EAH INC., DBA EAH, ECUMENICAL ASSOCIATION FOR HOUSING AND EAH HOUSING,<br><br>　　　　　　　Defendants. | Case No.: 3:25-cv-04126-CRB<br><br>**Civil Rights**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a), the Parties' Settlement and Mutual Release Agreement, Plaintiff Nicolas Parent and Defendants EAH Inc., D.B.A. EAH, Ecumenical Association for Housing and EAH Housing hereby stipulate to the dismissal of this action with prejudice.

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | MCGUINNESS LAW GROUP, PC |
|   |   |
| DATED: March 12, 2026 | /s/ *Celia McGuinness* |
|   | Celia McGuinness, Esq.<br>Attorneys for Plaintiff<br>Nicolas Parent |
|   |   |
|   | LAW OFFICES OF MERCEDES A. GAVIN |
|   |   |
| DATED: March 12, 2026 | /s/ *Mercedes Gavin* |
|   | Mercedes A. Gavin, Esq.<br>Attorneys for EAH Inc. |

**FILER'S ATTESTATION**

Pursuant to Local Rules, I hereby attest that on March 12, 2026, I, Celia McGuinness, Esq., attorney with McGuinness Law Group, PC received the concurrence of all counsel in the filing of this document.

/s/ *Celia McGuinness*

Celia McGuinness