Celia McGuinness (SBN 159420)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmguinness@mcguinness-legal.com

Attorney for Plaintiff
Nicolas Parent

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS PARENT,<br><br>      Plaintiff,<br><br>  vs.<br><br>EAH INC., DBA EAH, ECUMENICAL ASSOCIATION FOR HOUSING AND EAH HOUSING,<br><br><br>      Defendants. | Case No.: 3:25-cv-04126-CRB<br><br>**Civil Rights**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** : ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties' Settlement and Mutual Release Agreement, Plaintiff Nicolas Parent and Defendants EAH Inc., D.B.A. EAH, Ecumenical Association for Housing and EAH Housing hereby stipulate to the dismissal of this action with prejudice.

///

///

///

STIPULATION TO DISMISS WITH PREJUDICE    1    Case No. 3:25-cv-04126-CRB
PURSUANT TO FRCP 41(a)(1)(A)(ii)

Respectfully submitted,


MCGUINNESS LAW GROUP, PC


DATED: March 12, 2026                    /s/ Celia McGuinness

                                         Celia McGuinness, Esq.
                                         Attorneys for Plaintiff
                                         Nicolas Parent



LAW OFFICES OF MERCEDES A. GAVIN


DATED: March 12, 2026                    /s/ Mercedes Gavin

                                         Mercedes A. Gavin, Esq.
                                         Attorneys  for EAH Inc.


## FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that on March 12, 2026, I, Celia McGuinness, Esq., attorney with McGuinness Law Group, PC received the concurrence of all counsel in the filing of this document.

                                         /s/ Celia McGuinness

                                         Celia McGuinness

STIPULATION TO DISMISS WITH PREJUDICE              2              Case No. 3:25-cv-04126-CRB
PURSUANT TO FRCP 41(a)(1)(A)(ii)

Celia McGuinness (SBN 159420)
McGUINNESS LAW GROUP, PC
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951
Email: cmguinness@mcguinness-legal.com

Attorney for Plaintiff
Nicolas Parent

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS PARENT,<br><br>                    Plaintiff,<br><br>        vs.<br><br>EAH INC., DBA EAH, ECUMENICAL ASSOCIATION FOR HOUSING AND EAH HOUSING,<br><br>                    Defendants. | Case No.: 3:25-cv-04126-CRB<br><br>**Civil Rights**<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a), the stipulation of Plaintiff Nicolas Parent and Defendants EAH Inc., dba EAH, Ecumenical Association for Housing and EAH Housing, requesting dismissal of Plaintiff's complaint with prejudice, is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:   March 13, 2026

Hon. Charles R. Breyer
United States District Judge

[~~PROPOSED~~ ORDER] REGARDING
STIPULATION TO DISMISS WITH PREJUDICE
PURSUANT TO FRCP 41(a)(1)(A)(ii)

1

Case No. 3:25-cv-04126-CRB